# **CERTIFICATION**

RE: Maurice L. Robinson
      B10216
      17-1370-SMY

    I, _____, hereby certify that
        (Name and Title of Authorized Officer - please print)

Maurice L. Robinson currently has the sum of $_____ on account at Robinson Correctional Center.

                                                _____
                                                Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

PS-17
Rev. 11/13